**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1232

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

             Plaintiff - Appellee,

        and

EDITH REDDEN; LARRY REDDEN,

             Defendants – Appellees,

        v.

STACY EDWARD WADE,

             Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.   Joseph F. Anderson, Jr., District Judge.   (3:12-cv-00037-JFA)

Submitted:  June 19, 2014                    Decided: June 23, 2014

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stacy Edward Wade, Appellant Pro Se.  Mary Daniel LaFave, Regina Hollins Lewis, GAFFNEY, LEWIS & EDWARDS, LLC, Columbia, South Carolina; William E. Hopkins, Jr., HOPKINS LAW FIRM, LLC, Pawleys Island, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stacy Edward Wade appeals the district court's order denying his "Motion for Relief from the District Court's Order" granting The Prudential Insurance Company of America's motion for default judgment, motion for deposit, and motion for summary judgment, and granting Defendants Edith and Larry Redden's motion for summary judgment, and he has filed a motion for a copy of the record at government expense. We have reviewed the record and find no reversible error. Accordingly, we deny Wade's motion for a copy of the record at government expense and affirm the district court's order. Prudential Ins. Co. of Am. v. Wade, No. 3:12-cv-00037-JFA (D.S.C. Mar. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2